

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00542-CR

Lee **ANDERSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2015W0196
Honorable Andrew Carruthers, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the appellant's motion to withdraw appeal is GRANTED, and this appeal is DISMISSED.

SIGNED September 16, 2015

Sandee Bryan Marion, Chief Justice